IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION



RECEIVED
14 JAN 13 PM 1:07
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

___Jaquan Montez Bryant___
(Enter above the full name of the plaintiff
or plaintiffs in this action.)

vs.

___Madison County Jail___
(Enter above the full name of the defendant
or defendants in this action.)

### COMPLAINT FOR VIOLATION OF CIVIL RIGHTS UNDER 42 U.S.C., §1983

I. Previous Lawsuits
   A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? Yes ( ) No ( )

   B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit
         Plaintiffs: N/A

         Defendants: N/A

      2. Court (if federal court, name the district; if state court, name the county): N/A
      3. Docket Number: N/A
      4. Name of judge to whom case was assigned: N/A
      5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) N/A
      6. Approximate date of filing lawsuit: N/A
      7. Approximate date of disposition: N/A

Revised 4/18/08

II. Place of Present Confinement: Madison County Jail

  A. Is there a prisoner grievance procedure in the institution?
                                                                  Yes (✓)  No ( )
  B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?           Yes (✓)  No ( )
  C. If your answer is Yes:
     1. What steps did you take? I talked to officers about the situation

     2. What was the result? Nothing was done

  D. If your answer is No, explain why not: _____

III. Parties
  (In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)
  A. Name of Plaintiff Jaquan Bryant
     Address 515 South Liberty St.

  (In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of an additional defendants.)
  B. Defendant Madison County Jail C.J.C is employed as _____
     at Madison County Jail
  C. Additional Defendants: L.T. Bell, Officer Ross, Officer Gilbert

IV. Statement of Claim

  State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.

On this Date 12/19/13 approximately 19:00 hrs, I Jaquan Montez Bryant was coming back from visit. And officer Ross + officer Gilbert was working on the pod at the time. These officers of Madison County Jail failed to protect, I Jaquan Montez Bryant who's In protective custody against other Inmates that's not on protective custody. The two officers didn't do there Job like they was suppose to, when they was bringing me back from visit. They brought other Inmates back with me that's not In protective custody and uncuffed everybody Infront of me. + as we were going back to our pods, from the cause of them not securing + protecting me Like they are suppose to, I Jaquan Montez Bryant was Jumped on by two Madison County Inmates + because of that I suffered pain + suffering. This Altercation was Located at 515 South Liberty Street Jackson, TN 38301.

Revised 4/18/08

V.  Relief
    State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

~~I want Compensation & actions to be taking so other Inmates~~

I want compensation for my pain + suffering. And I want actions to be done so other Inmates won't have to go through what I went through. + actions to be taking for my safety and for the lack of protection.

VI. Jury Demand
    I would like to have my case tried by a jury. Yes (✓) No ( ).

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of our information, knowledge, and belief.

Signed this __6__ day of __January__, 20__14__.

_____
(Signature of Plaintiff/Plaintiffs)