001-447-00

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| JAQUAN MONTEZ BRYANT | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: 14-01007 JDT-egb |
| | ) | |
| MADISON COUNTY, ET. Al. | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER GRANTING DEFENDANTS'
MOTION FOR INVOLUNTARY DISMISSAL**

Presently before the Court is the Defendants' motion to dismiss this action pursuant to Rule 37(b)(2) and Rule 41(b) of the Federal Rules of Civil Procedure due to the Plaintiff's failure to comply with the Court's January 13, 2015 Order. In that order, the Court granted the Plaintiff a discovery extension and ordered the Plaintiff to provide written discovery responses within thirty days of the entry of the order. The Plaintiff has failed to comply with the Court's order.

The Court previously warned the Plaintiff that "failure to comply with … any other order of the Court … may result in the dismissal of this case without further notice." (D.E. 12, Order Issuing Service of Process, p. 6.) Yet, even after receiving an extension of time, the Plaintiff has failed to comply with the federal rules and this Court's order. The Court finds that this prejudices the Defendants in their efforts to comply with the Court's scheduling order, finish discovery, and prepare dispositive motions. Additionally, the Court has considered other alternatives, and finds that dismissal of this action is warranted as the most effective "measure … available to the district court as a tool to effect 'management of its docket and avoidance of

1

unnecessary burdens on the tax-supported courts [and] opposing parties.'" *Knoll v. American Tel. & Tel. Co.*, 176 F.3d 359, 362-363 (6th Cir. 1999) (quoting *Matter of Baker*, 744 F.2d 1438, 1441 (10th Cir. 1984)).

It is therefore, ORDERED, ADJUDGED AND DECREED, that pursuant to Rules 37(b)(2) and 41(b) of the Federal Rules of Civil Procedure, this action is dismissed against all defendants.

So ordered this the __14th___ day of April, 2015.

**s/James D. Todd**
JAMES D. TODD
UNITED STATES DISTRICT JUDGE